HOWARD M. EHRENBERG
CHIEF RESPONSIBLE OFFICER
333 SOUTH HOPE STREET, #3500
LOS ANGELES, CA 90071
Telephone: (213) 626-2311
Facsimile:   (213) 629-4520

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| *In re:* | Case No. 8:02-bk-15441-RK |
| OPAL CONCEPTS, INC., et al. | Chapter 11 |
| | **NOTICE OF UNCLAIMED DIVIDEND(S)** |
| Debtor. | **(FRBP 3011)** |

**TO:    THE CLERK OF THE ABOVE-ENTITLED COURT:**

Please find annexed hereto Check No. 1079 in the sum of $11,896.55 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account.  Said sum is paid over to you pursuant to Bankruptcy Rule 3011.  A list of the name(s), address(es) and amount(s) to be paid to each person entitled to said unclaimed dividend is attached.

Dated: July 7, 2011

_____
HOWARD M. EHRENBERG,
CHIEF RESPONSIBLE OFFICER

LCORTEZ\ 724486.1 7/7/2011 (9:34 AM)

| CHECK NO. | NAME AND ADDRESS OF CLAIMANTS | AMOUNT OF DIVIDEND |
|---|---|---|
| 1003 | State of California, Employment Development Department Bankruptcy Unit MIC 92E P.O. Box 826880 Sacramento, CA 94280-0001 | 142.18 |
| 1009 | Nioxin Research Lab Inc PO Box 920813 Atlantic, GA 92869 | 56.4 |
| 1011 | North Design Media 3128 E. Chapman Ave. Suite 228 Orange, CA 92869 | 62.26 |
| 1020 | Accounting Principals PO Box 79366 City Of Industry, CA 91716 | 81.58 |
| 1028 | Employment Development Department Bankruptcy Unit MIC 92E Post Office Box 826880 Sacramento, CA 94280 | 127.27 |
| 1030 | Matrix 3646 Collections Center Dr Chicago, IL 60693 | 128.8 |
| 1034 | Kerastase Paris Lock Box 101245 Atlanta, GA 30392 | 132.17 |
| 1039 | Matrix Essential, Inc. 6680 Parkland Boulevard Solon, OH 44139 | 151.53 |
| 1049 | Loreal Prof Lockbox 101245 Atlanta, GA 30392 | 217.18 |
| 1051 | Redken Laboratories Inc Cosmair Inc - Redken Labs File No 98854 Chicago, IL 60693-8854 | 223.75 |

Case 8:02-bk-15441-RK   Doc 1624   Filed 07/07/11   Entered 07/07/11 10:06:37   Desc
Main Document    Page 3 of 4

| 1058 | AXS Design Mfg<br>20452 James Bay Cir<br>Lake Forest, CA  92630 | 334.39 |
|------|------|------|
| 1060 | Suruchi Foods Inc<br>Cinnimon Works<br>PO Box 607<br>Placentia, CA 92871 | 359.14 |
| 1061 | James Michael Davis<br>838 Via Lido Sud<br>Newport Beach, CA  92663 | 402.77 |
| 1063 | Ecoly<br>9232 Eton Ave<br>Chatsworth, CA  91311 | 684.99 |
| 1065 | Neil Letham<br>c/o Weintraub Law Corporation<br>12424 Wilshire Boulevard, Suite 1120<br>Los Angeles, CA  90025 | 991.32 |
| 1068 | Stephen Mendelson<br>11 West Yale Loop<br>Irvine, CA  92714 | 1,340.74 |
| 1073 | Guy Hawkins<br>501 Regency Crossing<br>Southlake, TX  76092 | 2317.23 |
| 1076 | Sentinel Trust<br>Attn Corporate Trust Dept<br>29 West Mine<br>Hohenwald, TN  38462 | 4142.85 |
|  |  | 11,896.55 |

OPAL CONCEPTS, INC. et al.
8:02-bk-15441-RK

682113_1.XLSX
7/7/2011 9:57 AM
2 of 2

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

333 South Hope Street, 35th Floor, Los Angeles, CA 90071

The foregoing document described **NOTICE OF UNCLAIMED DIVIDENDS (FRBP 3011)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On July 7, 2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at email address(es) indicated below:

United States Trustee (SA)      ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On July 7, 2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.   Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

United States Bankruptcy Court - Central District of California
Ronald Reagan Federal Building and
United States Courthouse
411 West Fourth Street
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 7, 2011 | Lupe Cortez | /s/ Lupe Cortez |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                 F 9013-3.1.PROOF.SERVICE